

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| CRAFT & ASSOCIATES, INC., | \* | CIV. 03-4247 |
| Plaintiff, | \* | |
| | \* | ORDER RE: PLAINTIFF'S MOTION |
| | \* | FOR ORAL ARGUMENT |
| vs. | \* | |
| COLLEGEAMERICA SERVICES, INC., | \* | |
| Defendant. | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Plaintiff, Craft & Associates, Inc., requests that the Court grant oral argument with regard to the motions presently pending before this Court, and requests, in the alternative, the opportunity to address factual allegations made by the Defendant in pleadings filed on January 29, 2007. Doc. 140. In the Third Amended Rule 16 Scheduling Order (Doc. 89) this Court ordered that "all motions not previously disposed of will be heard and a pretrial conference will be held on Monday, February 26, 2007, at 1:30 P.M.." Oral argument on all motions not previously disposed has already been scheduled, and Plaintiff will be allowed to present his concerns during that hearing. Accordingly,

IT IS ORDERED that Plaintiff's motion for oral argument (Doc. 140) is granted, and there is no need for the Court to consider Plaintiff's alternative request.

Dated this 15th day of February, 2007.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: _Shelly Margulies_
(SEAL)    DEPUTY