

FILED
FEB 15 2007

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

|  |  |  |
|---|---|---|
| CRAFT & ASSOCIATES, INC., | * | CIV. 03-4247 |
| Plaintiff, | * | |
| | * | ORDER GRANTING MOTION |
| | * | TO WITHDRAW FILING |
| vs. | * | |
| COLLEGEAMERICA SERVICES, INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Defendant CollegeAmerica Services, Inc., has moved to withdraw Defendant's Designation of Expert Witness on its Counterclaim. Doc. 106. Plaintiff does not oppose this motion. The Court having considered all matters, and good cause appearing,

 IT IS ORDERED that Defendant's motion (Doc. 106) is granted, and that the Clerk withdraw Docket Entry 99, Defendant's Designation of Expert Witnesses on its Counterclaim.

 Dated this 15th day of February, 2007.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: Shelly Margulies
 (SEAL)  DEPUTY