UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**FILED**
MAR 19 2007



******************************************************************

| | | |
|---|---|---|
| CRAFT & ASSOCIATES, INC., | * | CIV 03-4247 |
| Plaintiff, | * | |
| vs. | * | ORDER |
| COLLEGEAMERICA, | * | |
| Defendant. | * | |

******************************************************************

Pending before the Court are Motions for Release of Juror Questionnaires, Doc. 164, 171, filed by counsel for both the Plaintiff and the Defendant. The Court will permit counsel for each party to review the questionnaires completed by prospective jurors in the Clerk's office, though it will not actually release those questionnaires or permit copies of the questionnaires to be removed from the Clerk's office. Accordingly,

IT IS ORDERED that the Motions for Release of Juror Questionnaires, Doc. 164, 171, are granted, and Plaintiff's and Defendant's counsel shall be permitted to review the juror questionnaires completed by the prospective jurors for this case in the Clerk's office.

Dated this 14th day of March, 2007.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _Shelly Margulies_
Deputy